IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TRAVIS H. ELLIS JR.**                                                                                   **PLAINTIFF**
**ADC #551269**

v.                          Case No. 5:19-cv-00250-KGB-PSH

**JOE PAGE,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Travis H. Ellis, Jr.'s complaint (Dkt. No. 2). The Court also denies as moot Mr. Ellis' motion for status update (Dkt. No. 5).

It is so ordered this 27th day of January 2020.

                                                                  Kristine G. Baker
                                                                  United States District Judge