IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TRAVIS H. ELLIS JR.**     **PLAINTIFF**
**ADC #551269**

v.     Case No. 5:19-cv-00250-KGB-PSH

**JOE PAGE,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Travis H. Ellis, Jr,'s claims are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January 2020.

_____
Kristine G. Baker
United States District Judge